**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7474**

———————

GEORGE E. CARTER,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-1275-AM)

———————

Submitted: December 17, 1998      Decided: January 11, 1999

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed as modified by unpublished per curiam opinion.

———————

Geroge E. Carter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George E. Carter appeals the district court's order dismissing without prejudice his petition for writ of error coram nobis. The district court found that the writ of error coram nobis had been abolished and that the exclusive remedy for challenging an illegal confinement was by a writ of habeas corpus. Although the district court may have erred in finding that the writ was abolished, see United States v. Morgan, 346 U.S. 502 (1954), we find that Carter's contention that the district court of the Eastern District of Virginia was without subject matter jurisdiction because his detention at Lorton Reformatory was pursuant to a District of Columbia conviction is without merit. See United States v. Young, 916 F.2d 147, 150 (4th Cir. 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED